BEFORE THE THIRD DIVISION, JULY 11, 1949

**No. 53382.**—Ellis & Goldstein, Inc. *v.* United States, protests 78824–K, etc. (New York).

Opinion by EKWALL, J. It was stipulated that the issue herein is the same in all material respects as that presented in *Mamary Bros., Inc.* v. *United States* (21 Cust. Ct. 135, C. D. 1142). In accordance therewith it was held that the currency of the invoices should be converted at the buying rate in the New York market at noon on the day of exportation (the "free" rate of exchange for pounds sterling), as certified by the Federal Reserve bank and set forth by the collector on each of the entries.

**No. 53383.**—Julius Wile Sons & Co., Inc. *v.* United States, protests 119202–K (New York).

Opinion by EKWALL, J. In accordance with stipulation that the merchandise consists of liqueur veritas similar in all material respects to that the subject of *United States* v. *Julius Wile Sons & Co., Inc.* (36 C. C. P. A. 99, C. A. D. 404), the claim at $2.50 per proof gallon under paragraph 802, as modified, was sustained. For the reasons stated in *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C. D. 1155), the second claim of the plaintiff was sustained.

**No. 53384.**—Julius Wile Sons & Co., Inc. *v.* United States, protests 120646–K, etc. (New York).

Opinion by EKWALL, J: In accordance with stipulation that the merchandise consists of liqueur veritas similar in all material respects to that the subject of *United States* v. *Julius Wile Sons & Co., Inc.* (36 C. C. P. A. 99, C. A. D. 404), the claim at $2.50 per proof gallon under paragraph 802, as modified, was sustained. For the reasons stated in *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C. D. 1155), the second claim of the plaintiff was sustained.

**No. 53385.**—Popper Morson Company *v.* United States, protests 110958–K, etc. (Louisville).